UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL NEIMEISTER, *et al.*,
on behalf of all similarly situated individuals,

    Plaintiffs,

v.

THE COUNTY OF SALEM, *et al.*,

    Defendants.

Civil Action No. 24-411 (ZNQ) (JBD)

**ORDER**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion to Dismiss and/or Strike filed by Defendants John S. Cussupe and the County of Salem ("Defendants"). ("Motion," ECF No. 31.) For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **31st** day of **October 2025**,

    **ORDERED** that the Motion (ECF No. 31) is hereby **GRANTED-IN-PART AND DENIED-IN-PART**; it is further

    **ORDERED** that Count IV of the Third Amended Complaint is hereby **DISMISSED WITHOUT PREJUDICE**; it is further

    **ORDERED** that the remainder of the Motion is **DENIED**; it is further

    **ORDERED** that Plaintiffs are hereby given leave to file a Fourth Amended Complaint within 30 days, limited to addressing the deficiencies identified with respect to Count IV; and it is further

    **ORDERED** that the Clerk is instructed to **ADMINISTRATIVELY TERMINATE** this matter pending the submission of a Fourth Amended Complaint.

                                          s/ Zahid N. Quraishi
                                          **ZAHID N. QURAISHI**
                                          **UNITED STATES DISTRICT JUDGE**